# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

131627(65)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANNE E. HEAPHY and WILLIAM J. HEAPHY,
      Plaintiffs-Appellees,

v

                                  SC: 131627
                                  COA: 257941
                                  Ct of Claims: 03-045407-AA

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
           Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

d0220